```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF VIRGINIA
                    HARRISONBURG (STAUNTON) DIVISION
```

IN RE:

**DANIEL ANDREW HUNT AND**                          BK. No. **15-50785**
**WENDY LEIGH HUNT**

Debtors

## ORDER

THIS CAUSE came on December 16, 2015 to be heard upon the Trustee's Objection to Exemptions, and the Trustee's Amended Objection to Exemptions, after proper notice to the Debtors and the Debtors' counsel and the appearance of the Trustee and the consent of the Debtors to the entrance of this order as evidenced by their counsel's endorsement.

It appearing to the Court from the representation of the Trustee that the Trustee's initial Objection to Exemptions should be withdrawn, it is hereby ADJUDGED and ORDERED that the Trustee is hereby permitted to withdraw his initial Objection to Exemptions filed herein and the Court has directed by docket entry the withdrawal thereof.

Upon the Trustee's Amended Objection to Exemptions and it appearing to the Court that the Debtors did not timely file a homestead deed setting apart the items and values claimed as exempt, and that the Debtors' exemption claimed in their real estate pursuant to 11 U.S.C. Section 522(b)(3)(b) is not valid to the extent of any joint indebtedness against the Debtors, it is hereby ADJUDGED and ORDERED that the Trustee's Amended Objection to Exemptions is sustained.

The Trustee shall mail or electronically transmit a copy of this order to the Debtors, to counsel for the Debtors and to the Office of the U.S. Trustee.

ENTER: 12/22/15

*Rebecca B Connelly*

(CHIEF) U.S. BANKRUPTCY JUDGE

I request this Order:

/S/ GEORGE I. VOGEL, II
George I. Vogel, II, Trustee
Vogel & Cromwell, L.L.C.
P. O. Box 18188
Roanoke, Virginia 24014
(540) 982-1220
gvogel@vogelandcromwell.com

Seen and Consented:
/S/ DAVID LESLIE MEEKS
David Leslie Meeks, Esquire
Counsel for Debtors